■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES NORMAN, Appellant. [855 NYS2d 410]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Guzman, J.), imposed March 31, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Dillon and McCarthy, JJ., concur.